**Tryone A. CHARLES,**

v.

**TINA D'ANGELO, INC., d/b/a Tina's Bridal Boutique; Lee Wycoff, Executor of the Estate of Tina D'Angelo Wycoff, Deceased; Lee Wycoff, Appellants.**

No. 99–1598.

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit LAR 34.1(a) Jan. 22, 2002.

Jan. 29, 2002.

Before: NYGAARD and STAPLETON, Circuit Judges, and CAPUTO, District Judge.

### MEMORANDUM OPINION OF THE COURT

NYGAARD, Circuit Judge.

Tyrone A. Charles filed a complaint against appellants contending that they breached, or illegally ended, a contract with him because of his race. He is African American. A jury returned a verdict in favor of appellants and against Charles. Appellants filed a petition to amend the judgment to add an award of attorney's fees pursuant to 42 U.S.C. § 1988. The District Court denied their petition. We review this denial for an abuse of discretion. Finding none, we will affirm.

The Civil Rights Attorney's Fees Award Act of 1976, 42 U.S.C. § 1988, permits the court to award attorney's fees to the "prevailing party" in suits brought under the federal civil rights statutes. The district courts have been given discretion to decide whether, in their judgment, a plaintiff's claim was frivolous or groundless. In this matter, the District Court compared the "thrust of the plaintiff's contention" with the evidence he adduced at trial, and concluded that attorney's fees were not indicated. We believe the decision was within the Court's discretion, see no abuse, and will affirm.